UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6557-AS | Date | October 21, 2026 |
| Title | Efrain Jesus Montoya v. Frank Bisignano, Commissioner of Social Security | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

On June 17, 2026, Plaintiff Efrain Jesus Montoya ("Plaintiff"), who is represented by counsel, filed a Complaint for Review of Final Decision of the Commissioner of Social Security. (Dkt. No. 1). On August 17, 2026, Defendant filed an Answer and the Certified Administrative Record. (Dkt. No. 7). On September 21, 2026, based on a stipulation of the parties, the Court extended the briefing schedule, making Plaintiff's brief due by October 16, 2026. (Dkt. No. 13). However, that deadline has passed, and Plaintiff still has not filed his brief, nor has he sought a further extension of time to do so or otherwise communicated with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **November 4, 2026**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file the required brief or declaration in response to this Order to Show Cause **no later than November 4, 2026**.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.**

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause may result in the dismissal of this action with prejudice for failure to comply with Court orders and for his failure to prosecute. See Fed.R.Civ.P.41(b).**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6557-AS | Date | October 21, 2026 |
| Title | Efrain Jesus Montoya v. Frank Bisignano, Commissioner of Social Security | | |

0 : 00

Initials of Preparer AF